IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01152-WYD-MJW

GILBERT FLORES,

    Plaintiff,

v.

ALL AMERICAN HOMES OF COLORADO, L.L.C., a Kansas corporation,

    Defendant.

### MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Vacate Dispositive Motion Deadline (filed May 9, 2006) is **GRANTED**.  The dispositive motion deadline of May 17, 2006, is **VACATED**.  The Court will set a new dispositive motion deadline when it rules on Plaintiff's Motion to Amend Complaint and the pending Recommendation as to same.

    Dated:  May 10, 2006

                                      s/ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court