IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01152-WYD-MJW

GILBERT FLORES,

    Plaintiff,

v.

ALL AMERICAN HOMES OF COLORADO, L.L.C., a Kansas corporation,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Motion to Amend Complaint filed May 1, 2006.  This motion was referred to Magistrate Judge Watanabe by Order of Reference dated June 24, 2005 and Memorandum dated May 3, 2006.

A Recommendation on Plaintiff's Motion to Amend Complaint was filed on May 8, 2006.  Magistrate Judge Watanabe recommended therein that Plaintiff's motion be denied as it was filed after the deadline to amend pleadings and Plaintiff did not show good cause to extend the time within which to seek leave to amend the complaint.  *See* Recommendation at 2-3.

On May 9, 2006, Defendant filed an Unopposed Motion to Vacate Dispositive Motion Deadline.  Defendant's motion was granted and the dispositive motion deadline of May 17, 2006, was vacated by Minute Order filed May 10, 2006.  I indicated in that Minute Order that a new dispositive motion deadline would be set after Plaintiff's Motion to Amend Complaint was ruled on.

Yesterday, on May 17, 2006, Plaintiff filed a Withdrawal of Motion to Amend Complaint. I will construe this pleading as a motion to withdraw the Motion to Amend Complaint. While I have concerns about the propriety of allowing a party to withdraw a motion after it has been acted on by the Court (in this case through a Recommendation to deny the motion by the magistrate judge), I will grant Plaintiff's current motion and allow Plaintiff to withdraw the Motion to Amend Complaint since it is unopposed. The Recommendation on the Motion to Amend Complaint is thus moot. Finally, the dispositive motion deadline is extended to Monday, June 19, 2006.

Based upon the foregoing, it is

ORDERED that Plaintiff's Withdrawal of Motion to Amend Complaint, which I construe as a motion to withdraw the Motion to Amend Complaint, is **GRANTED**, and the Motion to Amend Complaint shall be **WITHDRAWN**. It is

FURTHER ORDERED that the Recommendation on Plaintiff's Motion to Amend Complaint filed on May 8, 2006 is **MOOT**. It is

FURTHER ORDERED that the dispositive motion deadline is extended to **Monday, June 19, 2006**.

Dated: May 18, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge