IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1152-WYD-MJW

GILBERT FLORES,

    Plaintiff,

v.

ALL AMERICAN HOMES OF COLORADO, LLC, a Colorado corporation,

    Defendant.

---

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND PRETRIAL ORDER TO UPDATE ADDRESS
(Dockus po 64)

---

THE COURT, having reviewed Defendant's Unopposed Motion to Amend Pretrial Order to Update Address, hereby GRANTS the Motion. The Court further ORDERS that the Final Pretrial Order, filed July 6, 2006, is hereby amended on page 6 to reflect the following information for Rick Aldrich: 1122 Nebraska Avenue, York, NE 68467, (402) 266-1490.

DATED: November 1st, 2006.

*/s/ Michael J. Watanabe*
Michael J. Watanabe
United States Magistrate Judge

employ\191480_1.doc