## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  05-CV-01152-WYD-MJW          FTR - Courtroom A-501

**Date:** November 28, 2006                                    Ellen E. Miller, Deputy Clerk

GILBERT FLORES,                                                 Gerald L. Jorgensen
                                                                                Ben Swartzendruber
                         Plaintiff(s),

v.

ALL AMERICAN HOMES OF COLORADO, LLC,     Patrick J. Miller

                         Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: SETTLEMENT PLACED ON RECORD
**Court in Session : 1:30 p.m.**
Court calls case.  Appearances of counsel.
Also present are Plaintiff Mr. Flores; Irene Flores, his wife; and Dan Stark, Assistant General Manager, defendant representative.

The Settlement Agreement is reviewed and placed on the record.

**ORDERED:**   The Settlement Agreement is approved and shall be confidential.

**ORDERED:**   Parties shall have to and including **DECEMBER 12, 2006** within which to submit their Joint Stipulated Motion for Dismissal to District Judge Wiley Y. Daniel

**ORDERED:**   All further hearings before Magistrate Judge Watanabe are VACATED.

**ORDERED:**   Defendant's UNOPPOSED MOTION TO AMEND PRETRIAL ORDER TO CORRECT TRIAL PREPARATION CONFERENCE DATE (Docket No. **60,** Filed September 05, 2006) is **DENIED AS MOOT.**

**ORDERED:**   Defendant's UNOPPOSED MOTION TO AMEND PRETRIAL ORDER TO UPDATE ADDRESS (Docket No. **62,** Filed November 01, 2006) is **DENIED AS MOOT.**

**Court in Recess : 1:39 p.m.**
Total In-Court Time 0:09     Hearing concluded.

The Court has utilized   five (5) hours in preparation for and in conducting this settlement conference.