IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01152-WYD-MJW

GILBERT FLORES,

    Plaintiff,

v.

ALL AMERICAN HOMES OF COLORADO, L.L.C., a Kansas corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed December 12, 2006).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all matters in controversy between the parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

    Dated:  December 15, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge